In the Matter of BERNARD WNUK, Appellant, to Compel an Accounting by GUSSIE WNUK, as Administratrix of the Estate of JACK WNUK, Deceased, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 571.]

■

WANDA JANICKA, Appellant, v. JULES MICHAEL, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

■

REGINA W. JOHNSON, Appellant, v. AXEL L. JOHNSON, Defendant. MARY JOHNSON, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1143.]

■

ROSE MESSINGER, Appellant, v. ABRAHAM MESSINGER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ. [See 277 App. Div. 1120.]

■

JOSÉPHINE PASSERA, Appellant, v. ROCCO PASSERA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1144.]

■

BARNETT PHILIPS et al., Respondents, v. SORECON CORPORATION, Appellant. GEORGE ELLIOT et al., Respondents, v. SORECON CORPORATION, Appellant. WILLIAM OWENS et al., Respondents, v. SORECON CORPORATION, Appellant. ANN HALEY et al., Respondents, v. SORECON CORPORATION, Appellant. KENNETH JACOBSON et al., Respondents, v. SORECON CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

■

ELSIE RATH, Appellant, v. RICHARD RATH, Respondent.— Motion to resettle order of December 26, 1950, denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1153.]

■

SIDNEY R. SHARPE, Doing Business as S. R. SHARPE & SONS, Appellant, v. EUGENE PARFUMES EXTRODINAIRE, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.